**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

DARNELL LAMAR HARRIS,   )
                            )
        Plaintiff,     )
                            )
v.                        )      CV420-087
                            )
JOHN P. MORRIS, *et al.*,   )
                            )
                            )
       Defendants.   )

## <u>ORDER</u>

Before the Court is plaintiff's letter of May 11, 2020, alleging that the Clerk of Court improperly docketed two 42 U.S.C. § 1983 complaints. Doc. 4. The Court construes this letter as a motion to amend. So construed, the motion is **GRANTED**.

Plaintiff currently has two cases pending before the Court. *Harris v. Morris, et al.*, CV4:20-087; *Harris v. Correct Health Medical, et al.*, CV4:20-088. His motion alleges that the Clerk of Court filed his pleadings "backwards and incorrectly." Doc. 4. Though the exact alleged error is not completely clear from the motion, he indicates that one case was to be construed as alleging denial of adequate medical care against Correct Medical Health and the other was to allege defamation and

slander against Phyllis W. Sackeriasen. *Id.* Plaintiff states that he did not intend John P. Morris to be a defendant in either case, *id.*, despite having listed Morris in the case caption of one complaint, *see* doc. 1 at 1. His letter does not address whether he alleges misconduct by Corporal Smalls or Officer Darney, who are identified as other defendants in Section III of both complaints. Doc. 1 at 4; *Harris v. Correct Health Medical, et al.*, CV 4:20-088, doc. 1 at 4. For the sake of clarity, amendment is necessary.

Plaintiff's motion to amend is **GRANTED**. He is **DIRECTED** to file within 14 days of this Order an amended complaint clearly identifying all parties and the claims alleged against them.[1] The Clerk of Court is **DIRECTED** to provide with this Order a copy of the Complaint for Violations of Civil Rights form (Pro se 14).

**SO ORDERED**, this 12th day of May, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

_____
[1] Plaintiff is also free to file a single complaint consolidating the claims currently divided between the two pending cases.