IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DARNELL LAMAR HARRIS,          )
                               )
    Plaintiff,                 )
                               )
v.                             )    CASE NO. CV420-087
                               )
JOHN P. MORRIS, OFFICER        )
DABNEY, and CORPORAL SMALLS,   )
                               )
    Defendants.                )
_____)

### O R D E R

Before the Court is the Plaintiff's Stipulation of Dismissal. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither their answers nor motions for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of May 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA